# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | KEN VOLK | | |
| **Case Number:** | 2:16-BK-09691-DPC | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, AUGUST 21, 2017 01:30 PM 6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | RENEE BRYANT | | |

## *Matter:*

CONTINUED Hearing Re: Trustee's Dismissal Order and the Amended Chapter 13 Plan ( BARABRA MARONEY - T )

**R / M #:** 59 / 0

## *Appearances:*

RUSSELL BROWN, TRUSTEE
ADAM HAUF, ON BEHALF OF CHARLES M. LEFTWICH, ATTORNEY FOR KEN VOLK
ELIZABETH SICHI, ATTORNEY FOR THE U.S. ATTORNEY'S OFFICE
JOHN PARKER, ATTORNEY FOR THOMAS LAW FIRM

Case 2:16-bk-09691-DPC    Doc 115    Filed 08/21/17    Entered 08/25/17 08:48:11    Desc
Main Document    Page 1 of 2                                08/25/2017  8:48:01AM

# Minute Entry

(continue)...   2:16-BK-09691-DPC          MONDAY, AUGUST 21, 2017 01:30 PM

## *Proceedings:*

Mr. Brown advises plan payments are delinquent, the other issues relate to the amount of debt involved, creditor objections and feasibility of the plan.

Ms. Sichi advises a copy of the Debtor's 2016 tax return was received on July 31, 2017, she confirmed with the IRS that they also received that return. Ms. Sichi also reminded Debtor's counsel of some issues in the proposed language for payment outside the plan, there has been no response to that, although she did copy that email to Debtor's new counsel. She notes no progress has been made on reaching any sort of agreement for payment outside of the Chapter 13 plan.

Mr. Parker advises he represents a nonpriority creditor. He argues the Chapter 13 plan is not feasible and does adequately provide for nonpriority creditors.

Mr. Hauf believes the tax returns were filed on July 19, 2017 and the IRS is processing those returns. Mr. Hauf agrees there are feasibility issues with the current plan.  He suggest continuing this status hearing to allow the Debtor to reach an agreement with the IRS and to amend the plan if such an agreement is reached.

COURT:  IT IS ORDERED CONTINUING THE HEARING ON TRUSTEE'S DISMISSAL ORDER TO OCTOBER 19, 2017, AT 1:30 P.M.

IT IS FURTHER ORDERED  DEBTOR SHALL HAVE UNTIL SEPTEMBER 21, 2017 TO FILE AN AMENDED PLAN; FAILING THAT THE TRUSTEE IS AUTHORIZED TO FILE EITHER AN ORDER OF CONVERSION TO CHAPTER 7 OR AN ORDER OF DISMISSAL.